AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Dean Lorne Weaver ) | Case No: 5:99CR12-12 |
| ) | USM No: 14751-058 |
| Date of Previous Judgment: 02/28/2000 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151 months  months **is reduced to**  Time Served Plus 10 Days .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33           Amended Offense Level: 31
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 235 to 293 months   Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated  02/28/2000  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: July 3, 2008

Effective Date: July 13, 2008
(if different from order date)

Richard L. Voorhees
United States District Judge